# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 19-5331**                                  **September Term, 2020**

**1:19-cv-02379-KBJ**

**Filed On:** February 18, 2021

Committee on the Judiciary of the United States
House of Representatives,

        Appellee

    v.

Donald F. McGahn, II,

        Appellant

**BEFORE:**    Srinivasan, Chief Judge, and Henderson*, Rogers, Tatel, Garland*, Millett, Pillard, Wilkins, Katsas*, Rao*, and Walker, Circuit Judges

## O R D E R

Upon consideration of appellant's motion to postpone oral argument and the opposition thereto, it is

**ORDERED** that the motion be granted. The Clerk is directed to remove this case from the February 23, 2021 oral argument calendar. It is

**FURTHER ORDERED** that this case be rescheduled for oral argument on April 27, 2021, at 9:30 a.m. before Chief Judge Srinivasan and Circuit Judges Rogers, Tatel, Millett, Pillard, Wilkins, and Walker. The allocation of oral argument time established by the court's order filed February 16, 2021, remains in effect. It is

**FURTHER ORDERED** that by March 25, 2021, appellant file a status report advising the court of the progress of the parties' discussions.

### Per Curiam

              **FOR THE COURT:**
              Mark J. Langer, Clerk

      BY:    /s/
              Michael C. McGrail
              Deputy Clerk

* Circuit Judges Henderson, Garland, Katsas, and Rao did not participate in this matter.