**[EN BANC ORAL ARGUMENT SCHEDULED FOR MAY 19, 2021]**

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| COMMITTEE ON THE JUDICIARY, U.S. HOUSE OF REPRESENTATIVES, <br><br> Plaintiff-Appellee, <br><br> v. <br><br> DONALD MCGAHN, II, <br><br> Defendant-Appellant. | No. 19-5331 |

## JOINT STATUS REPORT

The parties hereby submit this joint status report to advise the Court of the progress of the parties' discussions. The Committee on the Judiciary and the Executive Branch have reached an agreement in principle on an accommodation and anticipate filing, as soon as possible, a joint motion asking the Court to remove this case from the May 19, 2021 oral argument calendar in order to allow the parties to implement the accommodation. Former President Trump, who is not a party to this case, is not a party to the agreement in principle regarding an accommodation.

Respectfully submitted,

MARK R. FREEMAN
MICHAEL S. RAAB

 /s/ Courtney L. Dixon
COURTNEY L. DIXON
(202) 353-8189
  Attorneys, Appellate Staff
  Civil Division
  U.S. Department of Justice
  950 Pennsylvania Ave., N.W.
  Room 7246
  Washington, D.C.  20530
  courtney.l.dixon@usdoj.gov
*Counsel for Defendant-Appellant*


 /s/ Douglas N. Letter
DOUGLAS N. LETTER
(202) 225-9700
  *General Counsel*
  Office of General Counsel
  U.S. House of Representatives
  5140 O'Neil House Office Building
  Washington, DC 20515
  douglas.letter@mail.house.gov
*Counsel for Plaintiff-Appellee*

MAY 2021

2

## CERTIFICATE OF SERVICE

I hereby certify that on May 11, 2021, I electronically filed the foregoing with the Clerk of the Court by using the appellate CM/ECF system.  Service will be accomplished automatically by the appellate CM/ECF system.

 /s/ Courtney L. Dixon
COURTNEY L. DIXON