# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 19-5331**                                   **September Term, 2020**

**1:19-cv-02379-KBJ**

**Filed On:** July 13, 2021

Committee on the Judiciary of the United
States House of Representatives,

        Appellee

    v.

Donald F. McGahn, II,

        Appellant

**BEFORE:**    Srinivasan, Chief Judge; Henderson*, Rogers, Tatel, Millett,
Pillard, Wilkins, Katsas*, Rao*, Walker, and Jackson*, Circuit
Judges

## O R D E R

Upon consideration of the parties' joint motion to dismiss appeal and consent motion to vacate panel opinion, it is

**ORDERED** that the consent motion to vacate be granted and the panel opinion filed August 31, 2020, be vacated.  The Clerk is directed to note the docket accordingly.  It is

**FURTHER ORDERED** that the joint motion to dismiss be granted and this case be dismissed.

The Clerk is directed to issue the mandate forthwith to the district court.

### Per Curiam

                                    **FOR THE COURT:**
                                    Mark J. Langer, Clerk

                  BY:    /s/
                             Michael C. McGrail
                             Deputy Clerk

*Circuit Judges Henderson, Katsas, Rao, and Jackson did not participate in this matter.